IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

| | | |
|---|---|---|
| West American Insurance Company, a/s/o Donald A. Hall, III | * | $50 FEE PAID # 1183636 |
| Plaintiff(s) | * | Case No.: S 02 CV 1638  FEE NOT PAID (SEND LETTER) |
| vs. | * | |
| | * | |
| Delmarva Refrigeration, Inc., d/b/a Delmarva Refrigeration Heating & Air Conditioning | * | |
| | * | |
| Defendant(s) | | |

* * * * *

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric N. Stravitz, am a member in good standing of the bar of this Court. My bar number is 23610. I am moving the admission of Hayes A. Hunt to appear *pro hac vice* in this case as counsel for West American Insurance Company a/s/o Donald A. Hall, III.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Commonwealth of Pennsylvania | 19 December 1997 |
| U.S.D.C. - Eastern District of PA | 20 April 2000 |
| | |
| | |

[FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2002 MAY 23 A 11:21 CLERK'S OFFICE AT BALTIMORE DEPUTY]

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court two times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____ is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Eric Stravitz | Hayes A. Hunt |
| Printed Name | Printed Name |
| Mesirow & Stravitz | Cozen O'Connor |
| Firm | Firm |
| 2015 R Street, N.W., Suite 300 | The Atrium, 1900 Market Street |
| Washington, DC 20009 | Philadelphia, PA 19103 |
| Address | Address |
| (202) 463-0303 | (215) 665-4734 |
| Telephone Number | Telephone Number |
| (202) 861-8858 | (215) 665-2013 |
| Fax Number | Fax Number |

Prid _25644?_
Plid _09980_

Prid _____
Plid _93443_

*********************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

_05/22/02_                                    _[signature]_
Date                                          United States District Judge

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 20th day of May, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed, first-class, postage prepaid, to: Delmarva Refrigeration, Inc., 504 North Pennsylvania Avenue, Delmar, Delaware 19940, Defendant.

Eric N. Stravitz